UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANTHONY VELLA,<br><br>   Plaintiff,<br><br>   v.<br><br>EDGAR CLARK, et al.,<br><br>   Defendants. | Case No.: 1:12-cv-01402-SAB (PC)<br><br>ORDER EXTENDING AMENDED DISCOVERY AND SCHEDULING ORDER TO DEFENDANT YOUNG PAIK<br><br>[ECF Nos. 17, 18] |

   Plaintiff John Anthony Vella is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States Magistrate Judge on September 27, 2012.  Local Rule 302.

   This action is proceeding against Defendants Doctor Clark, Doctor Paik, and LVN Gray for deliberate indifference to a serious medical need.

   On March 11, 2014, Defendants Clark and Gray filed an answer to the complaint.  (ECF No. 14.)  On March 13, 2014, the Court issued a discovery and scheduling order.  (ECF No. 15.)  An amended discovery and scheduling order was issued on April 15, 2014.  (ECF No. 17.)

///

///

///

///

1

On April 30, 2014, Defendant Paik filed an answer to the complaint. In light of the fact that the discovery and scheduling order was issued prior to the filing of Defendant Paik's answer, Defendant Paik is advised that the amended discovery and scheduling order issued April 15, 2014, is extended and made applicable to him as well as Defendants Clark and Gray.

IT IS SO ORDERED.

Dated:   **May 1, 2014**

UNITED STATES MAGISTRATE JUDGE