UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANTHONY VELLA,<br><br>         Plaintiff,<br><br>    v.<br><br>EDGAR CLARK, et al.,<br><br>         Defendants. | Case No.: 1:12-cv-01402-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEOCONFERENCE<br><br>[ECF No. 26] |

Plaintiff John Anthony Vella is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 1, 2014, Defendants filed a request to conduct Plaintiff's deposition by videoconference.

Good cause having been presented to the Court, IT IS HEREBY ORDERED that Defendants may conduct Plaintiff's deposition by videoconference.

IT IS SO ORDERED.

Dated:   **October 2, 2014**

                                                                    UNITED STATES MAGISTRATE JUDGE

1