**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN ANTHONY VELLA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EDGAR CLARK, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:12-cv-01402-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR STAY OF PROCEEDINGS<br><br>[ECF No. 57] |

Plaintiff John Anthony Vella is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is proceeding against Defendants Clark and Gray for deliberate indifference to a serious medical need.

On February 4, 2016, Plaintiff filed a motion to stay the proceeding for forty-five days because Plaintiff was released from prison on January 25, 2016, and he is in need of time to address a reliable mode of transportation and medical care and insurance. (ECF No. 57.)

///

///

///

///

///

Plaintiff is advised that there are currently no deadlines pending in this action, and Plaintiff's release from prison and resulting circumstances do not present extraordinary circumstances to justify a stay of the proceedings for forty-five days. Accordingly, Plaintiff's motion to stay the proceedings is DENIED.

IT IS SO ORDERED.

Dated: __**February 17, 2016**__        ____/s/ Lawrence J. O'Neill____
                                        UNITED STATES DISTRICT JUDGE