|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| JOHN ANTHONY VELLA, | ) Case No.: 1:12-cv-01402-LJO-SAB (PC) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FILE A PRETRIAL STATEMENT |
| EDGAR CLARK, et al., | ) |
| Defendants. | ) [ECF No. 59] |

Plaintiff John Anthony Vella is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is currently set for jury trial on October 25, 2016, before the undersigned. A telephonic trial confirmation hearing is set for August 31, 2016, at 8:30 a.m.

Pursuant to the Court's February 23, 2016, second scheduling order, Plaintiff was directed to file a pretrial statement on or before June 24, 2016. Plaintiff has failed to file a pretrial statement as directed by the Court.

Accordingly, Plaintiff is HEREBY ORDERED to show cause within ten (10) days from the date of service of this order why the action should not be dismissed, with prejudice, as a sanction against him for failing to obey a court order and failing to prosecute this

///

///

1

action. The failure to comply with this order, or the failure to show good cause, will result in dismissal of this action, with prejudice.

IT IS SO ORDERED.

Dated:  **August 8, 2016**                      /s/ Lawrence J. O'Neill
                                                UNITED STATES CHIEF DISTRICT JUDGE